UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANEE SLATON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    No. 23-cv-3867<br>: |
| STEVE BEZICH, *et al.*,<br>    Defendants. | :<br>: |

# O R D E R

**AND NOW**, this 24th day of July, 2025, upon consideration of Defendants Stephen Bezich and Robert Clark's Motion to Dismiss, ECF No. 52, and Plaintiff Danee Slaton's failure to comply with the Court's Orders directing her to file a Response thereto, *see* ECF Nos. 53, 54, it is **hereby ORDERED** that:

1. For the reasons stated in the Court's accompanying Memorandum applying the factors announced in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), the remaining claims in the Amended Complaint, *see* ECF No. 21, are **DISMISSED WITH PREJUDICE** due to Slaton's failure to prosecute this case.

2. Stephen Bezich and Robert Clark's Motion to Dismiss, ECF No. 52, is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                        **BY THE COURT:**

                                                        */s/ Joseph F. Leeson, Jr.*
                                                        **JOSEPH F. LEESON, JR.**
                                                        **United States District Judge**